1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   MISIKANA TUUMALO,                         CASE NO. C24-0286JLR

11                        Plaintiff,            ORDER

12           v.

13   UNITED STATES PASSPORT
     AGENCY,

14
                         Defendant.

15

16       On June 28, 2024, the court ordered *pro se* Plaintiff Misikana Tuumalo to, within

17   ten (10) days of the court's order, show cause why this action should not be dismissed for

18   failure to serve Defendant United States Passport Agency with a summons and copy of

19   the complaint within the time limitations set forth in Federal Rule of Civil Procedure

20   4(m).  (OSC (Dkt. # 7));  *see also* Fed. R. Civ. P. 4(m).  The court warned Ms. Tuumalo

21   that if she did "not demonstrate good cause for the failure, the court [would] dismiss the

22   action without prejudice."  (OSC at 2.)

ORDER - 1

1        Over ten days have passed, and Ms. Tuumalo has not responded to the court's

2  order to show cause.  (*See generally* Dkt.)  Accordingly, the court DISMISSES this

3  action without prejudice.

4        Dated this 12th day of July, 2024.

5

6                        JAMES L. ROBART
                         United States District Judge